UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LYNNE ROSE, A MINOR, by next friend,
THE CHILDREN'S RIGHTS INITIATIVE, INC.,

                                      Plaintiff,

-against-

JIM ZILLIOUX, Individually and as "LOCKMASTER"
and employee of the STATE of NEW YORK and the
NEW YORK STATE CANAL CORPORATION; THE
STATE OF NEW YORK; THE NEW YORK STATE
CANAL CORPORATION; CHRIS GOLDSMITH,
Individually and as an employee of the STATE OF
NEW YORK AND THE NEW YORK STATE CANAL
CORPORATION; ANTHONY GABRIEL, Individually
and as an employee of the STATE OF NEW YORK AND
THE NEW YORK STATE CANAL CORPORATION;
MICHAEL PORTER, Individually and as an employee
of the STATE OF NEW YORK AND THE NEW YORK
STATE CANAL CORPORATION; THE NEW YORK
STATE THRUWAY AUTHORITY; JOHN DOES,
Individually and as employees of the STATE OF NEW
YORK,

                                      Defendants.

**AFFIDAVIT OF LYNN ROSE
IN SUPPORT OF DEFAULT
JUDGMENT**

Civil No. 98-CV-1882, FJS-GHL

---

| | |
|---|---|
| STATE OF NEW YORK | )
| | ) ss.:
| COUNTY OF ONEIDA | ) |

1. I make this affidavit in support of the default judgment as entered against the defendant in this matter, James Zillioux. I am the Plaintiff in this action and assumed the name of Lynne Rose in this action to protect my identity and privacy as a minor child. My true name at that time was Melissa Karasek and my name now is Melissa Hope. My date of birth is 09/15/82.

2. I was sexually molested and violated by the defendant James Zillioux when I was 13 and 14 years old.

3. James Zillioux used my naivety and trust to obtain access to me and subject me to a lifelong humiliation and harm.

4. He used the pretext of persuading me that I had a "job" working at the Lock and provided me with a Canal Corporation shirt and uniform to do chores such as painting and cleaning. I reported regularly and did the work that was asked of me because I was excited to have the responsibility and the opportunity to do grown up work.

5. I was a child and I did not do anything wrong. My mother, my father, and the defendant's supervisors saw me there and working there. Even after they allegedly told the defendant not to allow me there, the supervisors and co-workers of the defendants saw me at the Lock.

6. I was left with what I understand is child sexual abuse syndrome which caused me to feel dirty, ashamed, used, cheated and I have struggled with low self esteem ever since that happened to me.

7. The sexual assault damaged my relationships with my mother and my father. My parents divorced 4 months after I disclosed what had happened to me in part because of what happened to me. As an adult, I have difficulty trusting men, have sexual anxiety, and it has

affected every area of my life.

8. The emotional pain that I have long endured as a result of my molestation caused me nightmares, insomnia, fear, anxiety, stress and stomachaches. To this day, I still suffer from anxiety/panic attacks and fear of new or changed situations which I understand are related to the trauma I went through with this defendant.

9. The Defendant was protected by the Canal Corporation and the people he worked for. They let him resign and keep his retirement and benefits even though he should have been fired and lost those for what he did to me. Even his criminal conviction was not enough for him to lose his job and all the benefits that came with it.

10. I am currently living in low income Section 8 public housing. I married an alcoholic who got me pregnant and I am now separated from him. I work as a home aide for an elderly blind woman. I have two children and some bad memories.

11. When Jim Zillioux molested me it was always while he was working (and earning about $15.00 an hour plus benefits) and having me work for him. (Zillioux EBT).

12. I understand that my complaint was for millions of dollars and the court cannot fully appreciate or know how to fully compensate me. All that can be done at this point is to try and find some comfort in standing up and speaking the truth about what happened to me even though I was afraid.

13. I also understand that the Canal Corporation will probably not pay any judgment I receive against Jim Zillioux. I also understand that The Children's Rights Initiative will receive one third of any amount I am able to recover.

14. I hereby request the court enter a judgment in my current married name, Melissa Hope.

15. I am asking this court to set this judgment in an amount that values and respects me as I was as a child and a human being, something Jim Zillioux never did.

*Melissa Hope*

MELISSA HOPE
f/k/a Melissa Karasek

Sworn to before me this
27th day of February 2007.

_____
Notary Public

A. J. Bosman, Esq.
Notary Public, State of N.Y.
Reg. No. 02B0505008
Commission Expires Oct. 2, ____



Current Address: 760 East Monroe St
Apt. B-7
Little Falls, NY 13365